# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROBERT MCCRARY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ELATIONS COMPANY LLC, et al.,<br><br>　　　　　　Defendants. | Case No.<br>EDCV 13-00242 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Final Approval of Class Action Settlement is GRANTED. Plaintiff's Fourth Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

　　IT IS SO ORDERED.

Dated: February 25, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　United States District Judge